IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD KADAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 10-cv-00509-JPG-DGW ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED: May 9, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe

APPROVED: *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE